4

AUSA: Rawsthorne  Telephone: 810-766-5177

Special Agent : Matthew Marvin, DEA  Telephone: 810-768-7600

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

       Plaintiff,

v.

Willie Hayes,

       Defendant(s).

Case: 4:15-mj-30401
Judge: Hluchaniuk, Michael J.
Filed: 08-26-2015
CMP USA v WILLIE HAYES

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __August 25, 2015__, in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Possession with intent to distribute heroin over 100 grams |
| 21 U.S.C. § 846 | Conspiracy to distribute over 100 grams of heroin |
| 21 U.S.C. § 841(b)(1)(B)(i) | Penalty Enhancement |

This criminal complaint is based on these facts:
Please see attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Marvin, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 26, 2015

*Judge's signature*

City and state: Flint, Michigan

Michael Hluchaniuk, Magistrate Judge
*Printed name and title*

# AFFIDAVIT

1. I am a Drug Enforcement Administration (DEA) Special Agent and have been so for approximately one month.

2. I have received training through the DEA academy in patterns and methods of controlled substances. The information contained within this affidavit comes from my own personal knowledge, my conversations with other DEA agents and other law enforcement agents involved in this investigation.

3. I writing this affidavit because I believe that there is probable cause that Willie Hayes committed violations of 21 U.S.C. § 841(a) and 21 U.S.C. § 846, & 21 U.S.C. § 841(b)(1)(B)(i), possession with intent to distribute heroin over 100 grams, and conspiracy to distribute over 100 grams of heroin.

4. A CHS whose identity is known to the DEA and who is assisting law enforcement due to his/her own arrest provided information that for over 3 months HAYES has been providing large amounts of heroin on a regular basis to an individual who then takes that heroin and distributes it in Flint, Michigan and the surrounding areas and has been doing this routinely. The CHS indicates that during the course of this conspiracy to distribute heroin has involved the distribution of over 100 grams of heroin.

5. I believe this source to be reliable because the source has provided information regarding drug dealing to law enforcement which has been independently corroborated.

6. On August 25, 2015, electronic surveillance revealed HAYES was in near the intersection of Tracey St. and Grove St. in Detroit, MI. Law enforcement officers conducted surveillance of HAYES to the area of Sussex St. and Grove St. in Detroit, MI, where law enforcement encountered HAYES in a 2004 Infiniti, Michigan registration AHF-541, registered to Willie Hayes at 17211 Lennane Dr. in Redford Township, MI.

7. SA Brent Halbert observed a clear plastic bag containing a light brown substance in Hayes' front pocket. Subsequently, law enforcement officers seized approximately 142 grams of heroin from HAYES' pocket.

8. Hayes criminal history shows he was convicted on October 2, 2003, for delivery of a controlled substance 225-649 grams and felony firearm, and was released on June 10, 2014. Hayes is currently on parole until September 10, 2015.

9. I believe that, based on my training, over 140 grams of heroin is consistent with an intent to distribute rather than personal use.

10. Based on the above, I believe that there is probable cause that Willie Hayes has committed the offenses of possession with intent to distribute heroin and conspiracy to distribute heroin and in violation of 21 U.S.C § 841(a), 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B)(i).

Respectfully submitted,

*Matt Marvin*
Matthew Marvin,
Drug Enforcement Administration

Sworn to before me this 26th day of August 2015.

*Michael Hluchaniuk*
Hon. Michael Hluchaniuk
United States Magistrate Judge